UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| ERIKA L., )<br> )<br>      Plaintiff, )<br> )<br>v. )<br> )<br>LELAND DUDEK, )<br>Acting Commissioner of Social Security, )<br> )<br>      Defendant. ) | 2:24-cv-00137-SDN |

## ORDER

Plaintiff filed this action for judicial review of the Commissioner's final decision denying supplemental Social Security income. The parties submitted briefs and the Magistrate Judge held oral argument. *See* ECF Nos. 11–15. On March 18, 2025, the Magistrate Judge recommended affirming the Commissioner's decision. ECF No. 16.

The time within which to file objections expired on April 1, 2025, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal. Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in her Recommended Decision.

Therefore, the Court **AFFIRMS** and **ADOPTS** the Recommended Decision. ECF No. 16. The Commissioner's final administrative decision is **AFFIRMED**.

**SO ORDERED.**

Dated this 23rd day of April, 2025.

                                          /s/ Stacey D. Neumann
                                        **UNITED STATES DISTRICT JUDGE**